MARYLON M. BOYD, STATE BAR NO. 139642
**LAW OFFICES OF MARYLON M. BOYD**
2201 Broadway Street, Suite 815
Oakland, CA 94612
Telephone: 510-663-8772
Facsimile: 510-663-8781

Attorneys for Plaintiffs
EDWARD JEFFERSON and
BRENDA JEFFERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JEFFERSON; and<br>BRENDA JEFFERSON<br><br>                Plaintiff,<br>vs.<br><br>FOUR POINTS BY SHERATON<br>HOTEL; and DOES 1 to 10<br><br>                Defendants, | Case No.  C10-02967 BZ<br><br>[PROPOSED] ORDER DISMISSING CASE<br><br>Date:<br>Time:<br>Place: Ctrm G, 15th Flr<br><br>Magistrate Bernard Zimmerman |

Pursuant to the Notice of Settlement and GOOD CAUSE APPEARING THEREFORE, this matter is hereby ordered dismissed in its entirety.

SO ORDERED.

DATED: 11 Feb 2011      _____
Hon. U.S. Magistrate Judge Bernard Zimmerman

JEFFERSON v. FOUR POINTS BY SHERATON HOTEL; et al